# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amanda M. Stoican,<br><br>    Plaintiff,<br><br>    v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:22-cv-00370-DMG-MAR<br><br>|~~PROPOSED~~| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of ONE THOUSAND THREE HUNDRED AND FORTY-TWO DOLLARS AND 64/100 ($1,342.64) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: October 24, 2022

HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE